JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASHON D. DIREAUX, | ) Case No. EDCV 13-61-OP |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered reversing the decision of the Commissioner of Social Security, and remanding this matter for further administrative proceedings consistent with this Memorandum Opinion and Order.

DATED: December 3, 2013

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge